USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/19/12

Engelmayer, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRAQI REFUGEE ASSISTANCE PROJECT,

                Plaintiff,

-against-

UNITED STATES DEPARTMENT OF STATE,
UNITED STATES DEPARTMENT OF
HOMELAND SECURITY and UNITED STATES
CITIZENSHIP AND IMMIGRATION SERVICES,

                Defendants.

ECF CASE

09 Civ. 10032 (PAE) (THK)

STIPULATION OF
VOLUNTARY DISMISSAL
OF DEFENDANT UNITED
STATES CITIZENSHIP AND
IMMIGRATION SERVICES

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above entitled action, that all claims of the Plaintiff with respect to defendant United States Citizenship and Immigration Services are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

IT IS HEREBY FURTHER STIPULATED AND AGREED that this dismissal is without search fees, costs, attorneys' fees or conferral of prevailing party status pursuant to the Freedom of Information Act, 5 U.S.C. § 552, or any other federal statute.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the dismissal of defendants United States Department of State and United States Department of Homeland Security entered on November 2, 2011 (docket item 25), is without search fees, costs, attorneys' fees or conferral of prevailing party status pursuant to the Freedom of Information Act, 5 U.S.C. § 552, or any other federal statute.

This stipulation shall be without prejudice to Plaintiff's right to submit future requests for records pursuant to the Freedom of Information Act.

Dated: New York, New York
April 18, 2012

| DEBEVOISE & PLIMPTON LLP | PREET BHARARA |
|---|---|
| | United States Attorney |
| By: *[signature]* | By: *[signature]* |
| Jared I. Kagan, Esq. | Daniel P. Filor |
| Johanna N. Skrzypczyk, Esq. | Michael J. Byars |
| 919 Third Avenue | Assistant United States Attorneys |
| New York, New York 10022 | 86 Chambers Street, 3rd Floor |
| Telephone: (212) 909-6699/6598 | New York, New York 10007 |
| Facsimile: (212) 909-6836/521-7635 | Telephone: (212) 637-2726/2793 |
| Email: jikagan@debevoise.com | Facsimile: (212) 637-2717 |
| jnskrzypczyk@debevoise.com | Email: daniel.filor@usdoj.gov |
| *Attorneys for Plaintiff* | michael.byars@usdoj.gov |
| | *Attorneys for Defendants* |

SO ORDERED:  4/18/12

*[signature]*

PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

The Clerk of Court is directed to terminate this case.

2